UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 17967
    JOHN ESKO FISHER
    SANDRA LEE FISHER                        CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-3501    SSN XXX-XX-0978

--------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/06/2004 and was confirmed 06/24/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 04/23/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL IL | UNSECURED OTH | 873.67 | .00 | 139.45 |
| ECAST SETTLEMENT CORP | UNSECURED OTH | 15035.07 | .00 | 2399.76 |
| WELLS FARGO FINANCIAL RE | SECURED | 759.86 | 35.53 | 759.86 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NORTH AMERICAN NAT | UNSECURED OTH | 1867.61 | .00 | 298.09 |
| FIRST NORTH AMERICAN NAT | SECURED | 2440.45 | 117.52 | 2440.45 |
| CITIFINANCIAL | SECURED | 1075.34 | 64.94 | 1075.34 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE RECEIVABLES | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITIFINANCIAL SERVICE | UNSECURED OTH | 11150.31 | .00 | 1779.72 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| LITTON LOAN SERVICING | CURRENT MORTG | 96725.47 | .00 | 96725.47 |
| LITTON LOAN SERVICING | CURRENT MORTG | 4971.93 | .00 | 4971.93 |
| LITTON LOAN SERVICING | MORTGAGE ARRE | 12700.00 | .00 | 12700.00 |
| LITTON LOAN SERVICING | MORTGAGE ARRE | 435.96 | .00 | 435.96 |
| INTERNAL REVENUE SERVICE | PRIORITY | 7061.96 | 1032.45 | 7061.96 |
| AMERICAN EXPRESS TRAVEL | UNSECURED OTH | 1621.74 | .00 | 258.85 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| G C SERVICES . | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED OTH | 6676.38 | .00 | 1065.62 |
| OSI COLLECTION SERVICES | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT & T WIRELESS | UNSECURED OTH | 540.83 | .00 | 57.22 |
| ALLIED INTERSTATE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED OTH | 486.81 | .00 | 77.71 |
| CAPITAL ONE BANK | UNSECURED OTH | 1138.53 | .00 | 181.72 |
| CITIFINANCIAL | UNSECURED OTH | 1037.00 | .00 | 165.51 |
| CITY OF CHICAGO PARKING | UNSECURED OTH | 330.00 | .00 | 52.68 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED OTH | 11065.55 | .00 | 1766.20 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED OTH | 10227.78 | .00 | 1632.48 |

| ECAST SETTLEMENT CORP | UNSECURED OTH | 539.34 | .00 | 86.09 |
|---|---|---|---|---|
| NICOR GAS | UNSECURED OTH | 1211.27 | .00 | 193.34 |
| RETAILERS NATIONAL BANK | UNSECURED OTH | 1037.36 | .00 | 165.58 |
| RESURGENT ACQUISITION LL | UNSECURED OTH | 1508.09 | .00 | 240.71 |
| RESURGENT ACQUISITION LL | UNSECURED OTH | 5298.36 | .00 | 845.69 |
| LVNV FUNDING SERVICES | UNSECURED OTH | 6998.49 | .00 | 1117.04 |
| VERIZON WIRELESS | UNSECURED | 233.36 | .00 | 23.34 |
| FIRST REVENUE ASSURANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED OTH | 2978.77 | .00 | 475.45 |
| DEUTSCHE BANK NATIONAL T | COST OF COLLE | 395.00 | .00 | 395.00 |
| LITTON LOAN SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| LITTON LOAN SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITI FINANCIAL | UNSECURED OTH | 2963.11 | .00 | 472.95 |
| RESURGENT ACQUISITION LL | UNSECURED OTH | 7457.82 | .00 | 1190.35 |
| LITTON LOAN SERVICING | COST OF COLLE | 181.83 | .00 | 181.83 |
| INTERNAL REVENUE SERVICE | UNSECURED OTH | 3509.10 | .00 | 560.09 |
| LITTON LOAN SERVICING | SECURED | 2983.64 | .00 | 2983.64 |
| CODILIS & ASSOCIATES ^ | NOTICE ONLY | NOT FILED | .00 | .00 |
| LITTON LOAN SERV | NOTICE ONLY | NOT FILED | .00 | .00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 1,173.00 | | 1,173.00 |
| TOM VAUGHN | TRUSTEE | | | 8,696.07 |
| DEBTOR REFUND | REFUND | | | 56.41 |

Summary of Receipts and Disbursements:

------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 156,153.00 | |
| PRIORITY | | 7,061.96 |
| INTEREST | | 1,032.45 |
| SECURED | | 122,669.48 |
| INTEREST | | 217.99 |
| UNSECURED | | 15,245.64 |
| ADMINISTRATIVE | | 1,173.00 |
| TRUSTEE COMPENSATION | | 8,696.07 |
| DEBTOR REFUND | | 56.41 |
| | --------------- | --------------- |
| TOTALS | 156,153.00 | 156,153.00 |

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 17967 JOHN ESKO FISHER & SANDRA LEE FISHER

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

Dated: 07/29/08

/s/ Tom Vaughn

_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   3
CASE NO. 04 B 17967 JOHN ESKO FISHER & SANDRA LEE FISHER